**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COLLINS & AIKMAN CORPORATION, et al.[1] | ) Case No. 05-55927 (SWR) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) (Tax Identification #13-3489233) |
| | ) |
| | ) Honorable Steven W. Rhodes |

**APPENDIX B**

**TO**

**AMENDED DISCLOSURE STATEMENT FOR THE FIRST AMENDED
JOINT PLAN OF COLLINS & AIKMAN CORPORATION AND ITS DEBTOR SUBSIDIARIES**

---

[1] The Debtors in the jointly administered cases include: Collins & Aikman Corporation; Amco Convertible Fabrics, Inc., Case No. 05-55949; Becker Group, LLC (d/b/a/ Collins & Aikman Premier Mold), Case No. 05-55977; Brut Plastics, Inc., Case No. 05-55957; Collins & Aikman (Gibraltar) Limited, Case No. 05-55989; Collins & Aikman Accessory Mats, Inc. (f/k/a the Akro Corporation), Case No. 05-55952; Collins & Aikman Asset Services, Inc., Case No. 05-55959; Collins & Aikman Automotive (Argentina), Inc. (f/k/a Textron Automotive (Argentina), Inc.), Case No. 05-55965; Collins & Aikman Automotive (Asia), Inc. (f/k/a Textron Automotive (Asia), Inc.), Case No. 05-55991; Collins & Aikman Automotive Exteriors, Inc. (f/k/a Textron Automotive Exteriors, Inc.), Case No. 05-55958; Collins & Aikman Automotive Interiors, Inc. (f/k/a Textron Automotive Interiors, Inc.), Case No. 05-55956; Collins & Aikman Automotive International, Inc., Case No. 05-55980; Collins & Aikman Automotive International Services, Inc. (f/k/a Textron Automotive International Services, Inc.), Case No. 05-55985; Collins & Aikman Automotive Mats, LLC, Case No. 05-55969; Collins & Aikman Automotive Overseas Investment, Inc. (f/k/a Textron Automotive Overseas Investment, Inc.), Case No. 05-55978; Collins & Aikman Automotive Services, LLC, Case No. 05-55981; Collins & Aikman Canada Domestic Holding Company, Case No. 05-55930; Collins & Aikman Carpet & Acoustics (MI), Inc., Case No. 05-55982; Collins & Aikman Carpet & Acoustics (TN), Inc., Case No. 05-55984; Collins & Aikman Development Company, Case No. 05-55943; Collins & Aikman Europe, Inc., Case No. 05-55971; Collins & Aikman Fabrics, Inc. (d/b/a Joan Automotive Industries, Inc.), Case No. 05-55963; Collins & Aikman Intellimold, Inc. (d/b/a M&C Advanced Processes, Inc.), Case No. 05-55976; Collins & Aikman Interiors, Inc., Case No. 05-55970; Collins & Aikman International Corporation, Case No. 05-55951; Collins & Aikman Plastics, Inc., Case No. 05-55960; Collins & Aikman Products Co., Case No. 05-55932; Collins & Aikman Properties, Inc., Case No. 05-55964; Comet Acoustics, Inc., Case No. 05-55972; CW Management Corporation, Case No. 05-55979; Dura Convertible Systems, Inc., Case No. 05-55942; Gamble Development Company, Case No. 05-55974; JPS Automotive, Inc. (d/b/a PACJ, Inc.), Case No. 05-55935; New Baltimore Holdings, LLC, Case No. 05-55992; Owosso Thermal Forming, LLC, Case No. 05-55946; Southwest Laminates, Inc. (d/b/a Southwest Fabric Laminators Inc.), Case No. 05-55948; Wickes Asset Management, Inc., Case No. 05-55962; and Wickes Manufacturing Company, Case No. 05-55968.

# Collins & Aikman

## Corporate Structure Chart
### As of December 22, 2006

**Division/Type of Company**

- Carpet & Acoustics Division
- Plastics Division
- Specialty Automotive Products - Convertible Systems
- Specialty Automotive Products - Fabrics
- Holding Company
- Accounts Receivable Securitization, Finance Company or R&D Company
- Real Estate, Liability Management or Inactive Company

**Type of Entity**

- Branch
- OR Corporation
- Hybrid Partnership
- Hybrid Branch
- Dual Resident Company

**Non-Profit Corporations**

Collins & Aikman Foundation
Collins & Aikman Disaster Relief Fund, Inc.

**Domestic Ownership Notes**

1 1% of Collins & Aikman Automotive Services, LLC is owned by Wickes Asset Management, Inc.
2 Owns 100% of Class A Shares and no Class B Shares. There are 900 Class A Shares and 100 Class B Shares
3 Remaining ownership by unrelated party

**Only certain foreign entities are shown on this page. See page two of this chart for remaining foreign entities.**

United States
Only certain domestic entities are shown on this page.
See page one of this chart for remaining domestic entities.
Foreign
MEXICO
SOUTH AMERICA
ASIA
LUXEMBOURG
CANADA
Collins & Aikman International Corporation
>99%
Collins & Aikman Holdings S.A. de C.V. (Mexico)
Minority interest of Mexican companies is owned by Collins & Aikman International Corporation.
>99%
Dura Convertible Systems de Mexico, S.A. de C.V. (Mexico)
<1%
>99%
Collins & Aikman Servicios, S.A. de C.V. (Mexico)
>99%
Collins & Aikman Carpet & Acoustics S.A. de C.V. (Mexico)
>99%
Collins & Aikman Automotive Hermosillo S.A. de C.V. (Mexico)
>99%
Collins & Aikman Management Hermosillo S.A. de C.V. (Mexico)
>99%
Collins & Aikman Automotive Company de Mexico S.A. de C.V. (Mexico)
>99%
Collins & Aikman Automotive Management Services Company Mexico, S.A. de C.V. (Mexico)
Collins & Aikman Automotive (Argentina), Inc.
Collins & Aikman Automotive (Argentina), Inc. (Argentina) (Branch)
Collins & Aikman Automotive (Asia), Inc.
Collins & Aikman Automotive (Asia), Inc. (Japan) (Sales Branch)
Collins & Aikman (Gibraltar) Limited (Gibraltar & U.S.)
Branch of Collins & Aikman (Gibraltar) Limited (Luxembourg)
Collins & Aikman Products Co.
C&A Canada International Holding Company (Canada) "NSULC"
Collins & Aikman Holdings Canada, Inc. (Canada)
Collins & Aikman Canada, Inc. (Canada)
25%
75%
C&A Canada International Holdings Limited (Canada)
Collins & Aikman Luxembourg S.A. (Luxembourg) "LUXCO 2"
Collins & Aikman Automotive Interiors, Inc.
Riopelle Realty Limited (Canada)
Collins & Aikman Canada Domestic Holding Company
C&A Canada Holding Company I (Canada)
C&A Canada Holding Company II (Canada)
99%
1%
Collins & Aikman Automotive Canada, LP (Canada)
Collins & Aikman Automotive Canada Co. (Canada)



