## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COLLINS & AIKMAN CORPORATION, et al.[1] | ) | Case No. 05-55927 (SWR) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | (Tax Identification #13-3489233) |
| | ) | |
| | ) | Honorable Steven W. Rhodes |

**EXHIBIT J**

**TO**

**FIRST AMENDED JOINT PLAN OF
COLLINS & AIKMAN CORPORATION AND ITS DEBTOR SUBSIDIARIES**

---

1    The Debtors in the jointly administered cases include: Collins & Aikman Corporation; Amco Convertible Fabrics, Inc., Case No. 05-55949; Becker Group, LLC (d/b/a/ Collins & Aikman Premier Mold), Case No. 05-55977; Brut Plastics, Inc., Case No. 05-55957; Collins & Aikman (Gibraltar) Limited, Case No. 05-55989; Collins & Aikman Accessory Mats, Inc. (f/k/a the Akro Corporation), Case No. 05-55952; Collins & Aikman Asset Services, Inc., Case No. 05-55959; Collins & Aikman Automotive (Argentina), Inc. (f/k/a Textron Automotive (Argentina), Inc.), Case No. 05-55965; Collins & Aikman Automotive (Asia), Inc. (f/k/a Textron Automotive (Asia), Inc.), Case No. 05-55991; Collins & Aikman Automotive Exteriors, Inc. (f/k/a Textron Automotive Exteriors, Inc.), Case No. 05-55958; Collins & Aikman Automotive Interiors, Inc. (f/k/a Textron Automotive Interiors, Inc.), Case No. 05-55956; Collins & Aikman Automotive International, Inc., Case No. 05-55980; Collins & Aikman Automotive International Services, Inc. (f/k/a Textron Automotive International Services, Inc.), Case No. 05-55985; Collins & Aikman Automotive Mats, LLC, Case No. 05-55969; Collins & Aikman Automotive Overseas Investment, Inc. (f/k/a Textron Automotive Overseas Investment, Inc.), Case No. 05-55978; Collins & Aikman Automotive Services, LLC, Case No. 05-55981; Collins & Aikman Canada Domestic Holding Company, Case No. 05-55930; Collins & Aikman Carpet & Acoustics (MI), Inc., Case No. 05-55982; Collins & Aikman Carpet & Acoustics (TN), Inc., Case No. 05-55984; Collins & Aikman Development Company, Case No. 05-55943; Collins & Aikman Europe, Inc., Case No. 05-55971; Collins & Aikman Fabrics, Inc. (d/b/a Joan Automotive Industries, Inc.), Case No. 05-55963; Collins & Aikman Intellimold, Inc. (d/b/a M&C Advanced Processes, Inc.), Case No. 05-55976; Collins & Aikman Interiors, Inc., Case No. 05-55970; Collins & Aikman International Corporation, Case No. 05-55951; Collins & Aikman Plastics, Inc., Case No. 05-55960; Collins & Aikman Products Co., Case No. 05-55932; Collins & Aikman Properties, Inc., Case No. 05-55964; Comet Acoustics, Inc., Case No. 05-55972; CW Management Corporation, Case No. 05-55979; Dura Convertible Systems, Inc., Case No. 05-55942; Gamble Development Company, Case No. 05-55974; JPS Automotive, Inc. (d/b/a PACJ, Inc.), Case No. 05-55935; New Baltimore Holdings, LLC, Case No. 05-55992; Owosso Thermal Forming, LLC, Case No. 05-55946; Southwest Laminates, Inc. (d/b/a Southwest Fabric Laminators Inc.), Case No. 05-55948; Wickes Asset Management, Inc., Case No. 05-55962; and Wickes Manufacturing Company, Case No. 05-55968.

## LITIGATION TRUST ALLOCATION EXHIBIT

As set forth in Articles I and V of the Amended Disclosure Statement for the First Amended Joint Plan of Collins & Aikman Corporation and its Debtor Subsidiaries, set forth below is the allocation of the Litigation Recovery Interests agreed to by the Official Committee of Unsecured Creditors.

Pursuant to Article III of the First Amended Joint Plan of Collins & Aikman Corporation and its Debtor Subsidiaries (the "Plan"), Class 5 Claims (General Unsecured Claims), Class 6 Claims (Senior Note Claims and PBGC Claims) and Class 7 Claims (Senior Subordinated Note Claims) are impaired. Each Holder of an Allowed Class 5, Class 6 or Class 7 Claim is to receive, on or as soon as practicable after the Effective Date, in full and final satisfaction of its Allowed Claim, its Pro Rata share of the percentage of the Tranche B Litigation Recovery Interests allocated to such Holder's applicable Class. The Tranche B Litigation Recovery Interests will be allocated among Class 5, Class 6 and Class 7 Claims as follows:

| Class 5 Claims (General Unsecured Claims) | Class 6 Claims (Senior Note Claims and PBGC Claims) | Class 7 Claims (Senior Subordinated Note Claims) |
|---|---|---|
| 14% | 86%[2] | 0%[2] |

Based on the foregoing allocation, each Holder of an Allowed Class 5 Claim will receive its Pro Rata share of 14% of the Tranche B Litigation Recovery Interests and each Holder of an Allowed Class 6 Claim will receive its Pro Rata share of 86% of the Tranche B Litigation Recovery Interests. In accordance with the subordination provisions of the Senior Subordinated Note Indenture, the distributions otherwise allocable to the Senior Subordinated Note Claims will be first distributed to the Holders of Allowed Senior Note Claims until the Holders of Allowed Senior Note Claims have been paid in full in cash plus any additional amounts required to be paid to Holders of Senior Note Claims pursuant to the Senior Note Indenture. Accordingly, in accordance with the subordination provisions of the Senior Subordinated Note Indenture, the Tranche B Litigation Recovery Interests that would have been allocated to Class 7 will be allocated to Class 6, and Holders of Allowed Class 7 Claims will not receive a recovery under the Plan until Holders of Allowed Senior Note Claims have been paid in full in cash plus any additional amounts required to be paid to Holders of Senior Note Claims pursuant to the Senior Note Indenture. For purposes of distributions to Holders of Allowed Claims in Class 6, until such Allowed Claims have been paid in full, the amount of Senior Note Claims will be increased by the amount of Senior Subordinated Note Claims for an aggregate claim amount in respect of the Senior Note Claims of approximately $949 million.

---

[2] In accordance with the subordination provisions of the Senior Subordinated Note Indenture, the Tranche B Litigation Recovery Interests that would have been allocated to Class 7 will be allocated to Class 6. Holders of Allowed Class 7 Claims will not receive a recovery under the Plan until Holders of Allowed Senior Note Claims have been paid in full in cash plus any additional amounts required to be paid to Holders of Senior Note Claims pursuant to the Senior Note Indenture.