# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COLLINS & AIKMAN CORPORATION, et al.[1] | ) Case No. 05-55927 (SWR) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) (Tax Identification #13-3489233) |
| | ) |
| | ) Honorable Steven W. Rhodes |

## NOTICE OF EFFECTIVE DATE OF FIRST AMENDED JOINT PLAN OF COLLINS & AIKMAN CORPORATION AND ITS DEBTOR SUBSIDIARIES AND RELATED DEADLINES, NOTICE OF ADMINISTRATIVE CLAIMS BAR DATE AND DEADLINE FOR FINAL FEE APPLICATIONS

**PLEASE TAKE NOTICE** that on July 18, 2007, the United States Bankruptcy Court for the Eastern District of Michigan, Southern Division (the "Bankruptcy Court") entered an order [Docket No. 7827] (the "Confirmation Order") confirming the First Amended Joint Plan of Collins & Aikman Corporation and Its Debtor Subsidiaries [Docket No. 7731] (the "Plan").[2] The Confirmation Order and the Plan can be viewed at www.kccllc.net/collinsaikman.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan was October 12, 2007.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article VIII.C of the Plan, on the Effective Date all of the Debtors' assets that were not divested prior to the Effective Date or transferred to the Litigation Trust or the applicable Residual Trust were transferred to the Post-Consummation Trust.

**PLEASE TAKE FURTHER NOTICE** that, except for an Executory Contract or Unexpired Lease that was previously assumed, assumed and assigned or rejected by an order of the Bankruptcy Court with an effective date of such rejection on or before the Effective Date or that is assumed pursuant to Article V.A of the Plan or was assumed in the Confirmation Order, each Executory Contract and Unexpired Lease entered into by a Debtor prior to

---

[1] The Debtors in the jointly administered cases include: Collins & Aikman Corporation; Amco Convertible Fabrics, Inc., Case No. 05-55949; Becker Group, LLC (d/b/a/ Collins & Aikman Premier Mold), Case No. 05-55977; Brut Plastics, Inc., Case No. 05-55957; Collins & Aikman (Gibraltar) Limited, Case No. 05-55989; Collins & Aikman Accessory Mats, Inc. (f/k/a the Akro Corporation), Case No. 05-55952; Collins & Aikman Asset Services, Inc., Case No. 05-55959; Collins & Aikman Automotive (Argentina), Inc. (f/k/a Textron Automotive (Argentina), Inc.), Case No. 05-55965; Collins & Aikman Automotive (Asia), Inc. (f/k/a Textron Automotive (Asia), Inc.), Case No. 05-55991; Collins & Aikman Automotive Exteriors, Inc. (f/k/a Textron Automotive Exteriors, Inc.), Case No. 05-55958; Collins & Aikman Automotive Interiors, Inc. (f/k/a Textron Automotive Interiors, Inc.), Case No. 05-55956; Collins & Aikman Automotive International, Inc., Case No. 05-55980; Collins & Aikman Automotive International Services, Inc. (f/k/a Textron Automotive International Services, Inc.), Case No. 05-55985; Collins & Aikman Automotive Mats, LLC, Case No. 05-55969; Collins & Aikman Automotive Overseas Investment, Inc. (f/k/a Textron Automotive Overseas Investment, Inc.), Case No. 05-55978; Collins & Aikman Automotive Services, LLC, Case No. 05-55981; Collins & Aikman Canada Domestic Holding Company, Case No. 05-55930; Collins & Aikman Carpet & Acoustics (MI), Inc., Case No. 05-55982; Collins & Aikman Carpet & Acoustics (TN), Inc., Case No. 05-55984; Collins & Aikman Development Company, Case No. 05-55943; Collins & Aikman Europe, Inc., Case No. 05-55971; Collins & Aikman Fabrics, Inc. (d/b/a Joan Automotive Industries, Inc.), Case No. 05-55963; Collins & Aikman Intellimold, Inc. (d/b/a M&C Advanced Processes, Inc.), Case No. 05-55976; Collins & Aikman Interiors, Inc., Case No. 05-55970; Collins & Aikman International Corporation, Case No. 05-55951; Collins & Aikman Plastics, Inc., Case No. 05-55960; Collins & Aikman Products Co., Case No. 05-55932; Collins & Aikman Properties, Inc., Case No. 05-55964; Comet Acoustics, Inc., Case No. 05-55972; CW Management Corporation, Case No. 05-55979; Dura Convertible Systems, Inc., Case No. 05-55942; Gamble Development Company, Case No. 05-55974; JPS Automotive, Inc. (d/b/a PACJ, Inc.), Case No. 05-55935; New Baltimore Holdings, LLC, Case No. 05-55992; Owosso Thermal Forming, LLC, Case No. 05-55946; Southwest Laminates, Inc. (d/b/a Southwest Fabric Laminators Inc.), Case No. 05-55948; Wickes Asset Management, Inc., Case No. 05-55962; and Wickes Manufacturing Company, Case No. 05-55968.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

the Petition Date is deemed rejected pursuant to section 365 of the Bankruptcy Code as of (a) the Effective Date or (b) the date of rejection set forth on <u>Exhibit F</u> to the Plan.

**PLEASE TAKE FURTHER NOTICE** that if the rejection of an Executory Contract or Unexpired Lease gives rise to a Claim (including any Claims arising from any indemnification obligations) by the other party or parties to such contract or lease, such Claim will be forever barred and will not be enforceable against the Debtors, the Trusts, their respective successors or their respective properties unless a proof of Claim is filed with the Bankruptcy Court and served on the Post-Consummation Trust no later than (a) November 12, 2007 or (b) if the date of rejection is after the Effective Date, thirty (30) days after such date of rejection.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise provided in the next paragraph, unless previously filed with the Bankruptcy Court, requests for payment of Administrative Claims that arise on or before the Effective Date must be filed with the Bankruptcy Court and served on the Post-Consummation Trust no later than November 12, 2007. Holders of Administrative Claims that are required to file and serve a request for payment of such Administrative Claims and do not file and serve such a request by the applicable bar date will be forever barred from asserting such Administrative Claims against the Debtors, the Post-Consummation Trust, the Litigation Trust or their respective property, and such Administrative Claims will be deemed discharged as of the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that Professionals or other Persons asserting a Fee Claim for services rendered before the Effective Date must File and serve an application for final allowance of such Fee Claim no later than November 12, 2007 on the following parties; <u>provided</u> that (a) any professional who may receive compensation or reimbursement of expenses pursuant to the Ordinary Course Professionals Order may continue to receive such compensation and reimbursement of expenses for services rendered before the Effective Date, without further review of or approval by the Bankruptcy Court, pursuant to the Ordinary Course Professionals Order and (b) any Professional that is entitled, pursuant to the Plan or an order of the Bankruptcy Court, to receive payment from the Estates for fees and expenses incurred after the Effective Date in connection with the Chapter 11 Cases may be compensated by the Post-Consummation Trust without further application to the Bankruptcy Court:

| **The Debtors and the Post-Consummation Trust** | **The Creditors Committee** |
|---|---|
| Richard M. Cieri | Michael S. Stamer |
| Kirkland & Ellis LLP | Philip C. Dublin |
| Citigroup Center | Akin Gump Strauss Hauer & Feld LLP |
| 153 East 53rd Street | 590 Madison Avenue |
| New York, New York 10022 | New York, New York 10022 |
| Telephone: (212) 446-4800 | Telephone: (212) 872-1000 |
| Facsimile: (212) 446-4900 | Facsimile: (212) 872-1002 |
| -and- | -and- |
| David L. Eaton | Thomas B. Radom |
| Ray C. Schrock | Butzel Long, P.C. |
| Scott R. Zemnick | 100 Bloomfield Hills Parkway |
| Kirkland & Ellis LLP | Bloomfield Hills, Michigan 48304 |
| 200 East Randolph Drive | Telephone: (248) 258-1616 |
| Chicago, Illinois 60601 | Facsimile: (248) 258-1439 |
| Telephone: (312) 861-2000 | |
| Facsimile: (312) 861-2200 | |
| -and- | |
| Joseph M. Fischer | |
| Lawrence A. Lichtman | |
| Carson Fischer, P.L.C. | |
| 4111 West Andover Road -- Second Floor | |
| Bloomfield Hills, Michigan 48302 | |
| Telephone: (248) 644-4840 | |
| Facsimile: (248) 644-1832 | |
| **The Post-Consummation Trust** | **The Agent** |
| Peter Chadwick | Harold S. Novikoff |
| Peter Nurge | Gregory E. Pessin |
| Capstone Advisory Group, LLC | Wachtell, Lipton, Rosen & Katz |
| 1875 I Street, NW | 51 West 52nd Street |
| Suite 500 | New York, New York 10019 |
| Washington, D.C. 20006 | Telephone: (212) 403-1000 |
| Telephone: (202) 429-2079 | Facsimile: (212) 403-2000 |
| Facsimile: (202) 429-2081 | |
| **The United States Trustee** | |
| Stephen E. Spence | |
| U.S. Department of Justice | |
| Office of the United States Trustee | |
| 211 West Fort Street, Suite 700 | |
| Detroit, Michigan 48226 | |
| Telephone: (313) 226-7911 | |
| Facsimile: (313) 226-7952 | |

      **PLEASE TAKE FURTHER NOTICE** that objections to any Fee Claim must be filed with the Bankruptcy Court and served on the Post-Consummation Trust and the requesting party by the later of (a) December 12, 2007 and (b) thirty (30) days after the filing of the applicable request for payment of the Fee Claim.

      **PLEASE TAKE FURTHER NOTICE** that Distributions to Holders of Allowed Claims shall be made in accordance with the terms of Article VI of the Plan and the Confirmation Order.

| | |
|---|---|
| Dated: October 12, 2007 | **KIRKLAND & ELLIS LLP** |
| | */s/ Ray C. Schrock* |
| | Richard M. Cieri (NY RC 6062) |
| | Citigroup Center |
| | 153 East 53rd Street |
| | New York, New York 10022 |
| | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | |
| | -and- |
| | |
| | David L. Eaton (IL 3122303) |
| | Ray C. Schrock (IL 6257005) |
| | Scott R. Zemnick (IL 6276224) |
| | 200 East Randolph Drive |
| | Chicago, Illinois 60601 |
| | Telephone: (312) 861-2000 |
| | Facsimile: (312) 861-2200 |
| | |
| | -and- |
| | |
| | **CARSON FISCHER, P.L.C.** |
| | |
| | Joseph M. Fischer (P13452) |
| | 4111 West Andover Road |
| | West - Second Floor |
| | Bloomfield Hills, Michigan 48302 |
| | Telephone: (248) 644-4840 |
| | Facsimile: (248) 644-1832 |
| | |
| | Co-Counsel for the Debtors |