# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COLLINS & AIKMAN CORPORATION, <u>et al.</u>[1] | ) Case No. 05-55927 (SWR) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) (Tax Identification #13-3489233) |
| | ) |
| | ) Honorable Steven W. Rhodes |
| | ) |

## CERTIFICATE OF SERVICE

      I, H. William Burdett, Jr., certify that on January 30, 2008, I filed the Collins & Aikman Post-Consummation Trust and Litigation Trust's Joint *Ex Parte* Motion for Relief from Rule 3007(d) of the Federal Rules of Bankruptcy Procedure with the Clerk of the Court using the ECF system which will send notice of such filing to all such attorneys registered with that system. I further certify that on January 30, 2008 I caused to be served a true and correct copy of the Collins & Aikman Post-Consummation Trust and Litigation Trust's Joint *Ex Parte* Motion for Relief from Rule 3007(d) of the Federal Rules of Bankruptcy Procedure to the parties set forth on the attached service list.

                                            s/H. William Burdett, Jr.
                                            H. William Burdett, Jr. (P63185)
                                            14950 East Jefferson, Suite 200
                                            Grosse Pointe Park, Michigan 48230
                                            (313) 344-4000
                                            (313) 344-4001 (facsimile)
                                            burdett@boyleburdett.com

---

[1] The Debtors in the jointly administered cases include: Collins & Aikman Corporation; Amco Convertible Fabrics, Inc., Case No. 05-55949; Becker Group, LLC (d/b/a/ Collins & Aikman Premier Mold), Case No. 05-55977; Brut Plastics, Inc., Case No. 05-55957; Collins & Aikman (Gibraltar) Limited, Case No. 05-55989; Collins & Aikman Accessory Mats, Inc. (f/k/a the Akro Corporation), Case No. 05-55952; Collins & Aikman Asset Services, Inc., Case No. 05-55959; Collins & Aikman Automotive (Argentina), Inc. (f/k/a Textron Automotive (Argentina), Inc.), Case No. 05-55965; Collins & Aikman Automotive (Asia), Inc. (f/k/a Textron Automotive (Asia), Inc.), Case No. 05-55991; Collins & Aikman Automotive Exteriors, Inc. (f/k/a Textron Automotive Exteriors, Inc.), Case No. 05-55958; Collins & Aikman Automotive Interiors, Inc. (f/k/a Textron Automotive Interiors, Inc.), Case No. 05-55956; Collins & Aikman Automotive International, Inc., Case No. 05-55980; Collins & Aikman Automotive International Services, Inc. (f/k/a Textron Automotive International Services, Inc.), Case No. 05-55985; Collins & Aikman Automotive Mats, LLC, Case No. 05-55969; Collins & Aikman Automotive Overseas Investment, Inc. (f/k/a Textron Automotive Overseas Investment, Inc.), Case No. 05-55978; Collins & Aikman Automotive Services, LLC, Case No. 05-55981; Collins & Aikman Canada Domestic Holding Company, Case No. 05-55930; Collins & Aikman Carpet & Acoustics (MI), Inc., Case No. 05-55982; Collins & Aikman Carpet & Acoustics (TN), Inc., Case No. 05-55984; Collins & Aikman Development Company, Case No. 05-55943; Collins & Aikman Europe, Inc., Case No. 05-55971; Collins & Aikman Fabrics, Inc. (d/b/a Joan Automotive Industries, Inc.), Case No. 05-55963; Collins & Aikman Intellimold, Inc. (d/b/a M&C Advanced Processes, Inc.), Case No. 05-55976; Collins & Aikman Interiors, Inc., Case No. 05-55970; Collins & Aikman International Corporation, Case No. 05-55951; Collins & Aikman Plastics, Inc., Case No. 05-55960; Collins & Aikman Products Co., Case No. 05-55932; Collins & Aikman Properties, Inc., Case No. 05-55964; Comet Acoustics, Inc., Case No. 05-55972; CW Management Corporation, Case No. 05-55979; Dura Convertible Systems, Inc., Case No. 05-55942; Gamble Development Company, Case No. 05-55974; JPS Automotive, Inc. (d/b/a PACJ, Inc.), Case No. 05-55935; New Baltimore Holdings, LLC, Case No. 05-55992; Owosso Thermal Forming, LLC, Case No. 05-55946; Southwest Laminates, Inc. (d/b/a Southwest Fabric Laminators Inc.), Case No. 05-55948; Wickes Asset Management, Inc., Case No. 05-55962; and Wickes Manufacturing Company, Case No. 05-55968.

# Core Group
## Email

| CREDITOR NAME | CREDITOR NOTICE NAME | Email |
|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Michael S Stamer Philip C Dublin | mstamer@akingump.com<br>pdublin@akingump.com<br>afreeman@akingump.com |
| Butzel Long PC | Thomas B Radom | radom@butzel.com |
| Carson Fischer PLC | Joseph M Fischer Esq | jfischer@carsonfischer.com |
| Danning Gill Diamond & Kollitz LLP | George E Schulman | ges@dgdk.com |
| Dykema Gossett PLLC | Ronald Rose & Brendan Best | rrose@dykema.com<br>bbest@dykema.com |
| Kirkland & Ellis LLP | Richard Cieri | rcieri@kirkland.com<br>llaukitis@kirkland.com |
| Kirkland & Ellis LLP | Ray Schrock & Marc Carmel | rschrock@kirkland.com<br>mcarmel@kirkland.com |
| Simpson Thacher & Bartlett LLP | Peter Pantaleo Erin Casey & Alice Eaton | ppantaleo@stblaw.com<br>aeaton@stblaw.com<br>ecasey@stblaw.com |
| Unum Life Insurance | Heather Sullivan | hsullivan@unumprovident.com |
| Wachtell Lipton Rosen & Katz | Hal Novikoff | HSNovikoff@wlrk.com |
| Acord Inc | John Livingston | jlivingston@acordinc.com |
| Adrian City Hall | John Fabor | cityofadrian@iw.net |
| Athens City Tax Collector | Mike Keith | finance@cityofathens.com |
| Basell USA Inc | Scott Salerni | scott.salerni@basell.com |
| Champaign County Collector | Barb Neal | bneal@co.champaign.il.us |
| City Of Eunice | The Mayor at City Hall | Eunicela@hotmail.com |
| City Of Evart | Roger Elkins City Manager | evartmanager@sbcglobal.net |
| City Of Kitchener Finance Dept | Pauline Houston | finance@city.kitchener.on.ca |
| City Of Lowell | Lowell Regional Wastewater | MYoung@ci.lowell.ma.us |
| City Of Muskegon | Derrick Smith | derrick.smith@postman.org |
| City Of Port Huron | Treasurer's Office | cphdp@porthuron.org |
| City Of Rialto | City Treasurer | treasurer@rialtoca.gov |
| City Of Rochester Hills | Kurt A Dawson City Assesor Treasurer | treasury@rochesterhills.org |
| City Of Salisbury | Business License Div | finwebreq@salisburync.gov |
| City Of Westland | | finance@ci.westland.mi.us |
| City Of Woonsocket Ri | Pretreatment Division | webmaster@woonsocketri.org |
| City Treasurer | Tracy Horvarter | THovarter@cityofmarshall.com |
| City Treasurer | | Ncowdrey@corunna-mi.gov |
| Dow Chemical Company | Kathleen Maxwell | klmaxwell@dow.com |
| DuPont | Bruce Tobiansky | bruce.d.tobiansky@usa.dupont.com |
| GE Polymerland | Val Venable | valerie.venable@ge.com |
| Gold Lange & Majoros PC | Stuart A Gold & Donna J Lehl | sgold@glmpc.com<br>dlehl@glmpc.com |
| Latham & Watkins LLP | David Heller Josef Athanas & Stephen Tetro | david.heller@lw.com<br>josef.athanas@lw.com<br>stephen.tetro@lw.com |
| Levine Fricke Inc | | veronica.fennie@lfr.com |
| Macomb Intermediate School | | webmaster@misd.net |
| Michigan Department Of | | treasReg@michigan.gov |
| Ministry Of Finance Corp Tax Branch | | info@electionsquebec.qc.ca |
| Missouri Dept Of Revenue | 15663507 | mied@dor.mo.gov |
| Municipalite Du Village De | Lacolle | maire@st-zotique.com |
| Pension Benefit Guaranty Corporation | Sara Eagle & Gail Perry | eagle.sara@pbgc.gov |
| Pension Benefit Guaranty Corporation | Sara Eagle & Gail Perry | efile@pbgc.gov |
| Phh Canada Inc | | phhmail@phhpc.com |
| Phoenix Contracting Company | Tricia Sommers | triciawinkle@hotmail.com |
| Ricoh Canada Inc | | legal@ricoh.ca |
| Sean P Corcoran | | sean.p.corcoran@delphi.com |
| Stark County Treasurer | PA Powers | PAPowers@co.stark.oh.us |
| State Of Michigan | Michigan Dept Of Environmental Quality Environmental Assistance Div | deq-ead-env-assist@michigan.gov |
| State Of Michigan | Michigan Dept Of Treasury Collection Div Office of Financial Mgmt Cashiers Office | treasReg@michigan.gov |
| State Of Michigan | Michigan Unemployment Insurance Agency | shuttkimberlyj@michigan.gov |

In re: Collins Aikman Corp., et al.
Case No. 05-55927 (SWR)
Page 1 of 2

05-55927-swr    Doc 8824    Filed 01/30/08    Entered 01/30/08 16:53:55    Page 2 of 6

**Core Group**
Email

| CREDITOR NAME | CREDITOR NOTICE NAME | Email |
|---|---|---|
| Stephen E Spence | US Trustee | steve.e.spence@usdoj.gov |
| Tax Administrator | Jim Cambio | jcambio@tax.ri.gov |
| The Corporation Of The Town | Of Ingersoll | elantz@town.ingersoll.on.ca |
| Tyco Capital Inc | | Frank.Chaffiotte@cit.com |
| United Rentals Of Canada Inc | | e-rental@ur.com |
| Ville De Farnham | Service de la Tresorerie | msaintdenis@ville.farnham.qc.ca |
| Voridian Canada Company | | blanderson@eastman.com |

In re: Collins Aikman Corp., et al.
Case No. 05-55927 (SWR)
Page 2 of 2

05-55927-swr    Doc 8824    Filed 01/30/08    Entered 01/30/08 16:53:55    Page 3 of 6

Core Group
US Mail

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Advanced Composites Inc | Rob Morgan | 1062 S 4th Ave | | Sidney | OH | 453658977 | |
| American General Finance | | 505 S Neil St | | Champaign | IL | 61820-2500 | |
| Assoc Receivables Funding Inc | | PO Box 16253 | | Greenville | SC | 29606 | |
| Athens City Tax Collector | Mike Keith | PO Box 849 | | Athens | TN | 37371-0849 | |
| Basf Corporation | Charlie Burrill | 1609 Biddle Ave | | Wyandotte | MI | 48192 | |
| Bayer Material Sciences | Linda Vesci | 100 Bayer Rd Bldg 16 | | Pittsburgh | PA | 15205-9707 | |
| BNY Midwest Trust Company | Mary Callahan | 2 North LaSalle St Ste 1020 | | Chicago | IL | 60602 | |
| BNY Midwest Trust Company | Roxane Ellwalleger | 2 North LaSalle St Ste 1020 | | Chicago | IL | 60602 | |
| Brown Corporation | Mark Ferderber | 401 S Steele Ste | | Ionia | MI | 48846 | |
| Canada Customs & Rev Agency | Attn Receiver General | 1 5 Notre Ave | | Sudbury | ON | P3A 5C2 | Canada |
| Canada Customs & Rev Agency | International Tax Service | 2204 Walkley Rd | | Ottawa | ON | K1A 1B1 | Canada |
| Charter Township Of Plymouth | | PO Box 8040 | | Plymouth | MI | 48170-4394 | |
| City Of Albemarle | Utilities Department | 144 N Second St | PO Box 190 | Albemarle | NC | 28002-0190 | |
| City Of Battle Creek | Income Tax Division | 10 N Division St Suite 114 49014 | PO Box 1717 | Battle Creek | MI | 49014 | |
| City Of Canton | Canton Income Tax Dept | PO Box 9951 | | Canton | OH | 44711-9951 | |
| City Of Dover | Wastewater Labroratory | 484 Middle Rd | | Dover | NH | 03820 | |
| City Of Dover | | PO Box 818 | | Dover | NH | 03820-0818 | |
| City Of Evart Recreation Dept | | 200 South Main St | | Evart | MI | 49631 | |
| City Of Fullerton | | 303 W Commonwealth Ave | | Fullerton | CA | 92632 | |
| City Of Havre De Grace | Mary Ellen Hinckle | 711 Pennington Ave | | Havre De Grace | MD | 21078 | |
| City Of Longview | Water Utilities | PO Box 1952 | | Longview | TX | 75606 | |
| City Of Los Angeles | Dept Of Building And Safety | 201 N Figueroa St No 786 | File 54563 | Los Angeles | CA | 90012 | |
| City Of Marshall | Maurice S Evans City Manager | 323 W Michigan | | Marshall | MI | 49068 | |
| City Of Phoenix | City Attorneys Office | 200 W Washington St 13th Fl | | Phoenix | AZ | 85003 | |
| City Of Roxboro | Tax Department | PO Box 128 | | Roxboro | NC | 27573 | |
| City Of St Joseph | Water Department | 700 BRd St | | St Joseph | MI | 49085-1355 | |
| City Of Sterling Heights | James P Bulhinger City Treasurer | 40555 Utica Rd | PO Box 8099 | Sterling Heights | MI | 48311-8009 | |
| City Of Williamston | | 161 E Grand River | | Williamston | MI | 48895 | |
| City Treasurer | Port Huron Police Department | 100 Mcmorran | | Port Huron | MI | 48060 | |
| Colbond Inc | Don Brown | Sand Hill Rd | PO Box 1057 | Enka | NC | 28782 | |
| Collector Of Revenue | Barbara J Walker | 201 N Second St | | St Charles | MO | 63301 | |
| Collins & Aikman Corp | Stacy Fox | 26553 Evergreen Rd | Ste 900 | Southfield | MI | 48076 | |
| Dayton Bag & Burlap Co | Jeff Rutter | 322 Davis Ave | | Dayton | OH | 45403-2910 | |
| DuPont | Susan F Herr | DuPont Legal D 7156 | 1007 N Market St | Wilmington | DE | 19898 | |
| Enerflex Solutions LLC | Todd McCallum | 1515 Equity Dr 200 | | Troy | MI | 48084-8084 | |
| ER Wagner Manufacturing | Gary Torke | 4611 North 32nd St | | Milwaukee | WI | 53209-6023 | |
| Exxon Chemicals | Paul Hanson | 13501 Katy Fwy | | Houston | TX | 77079-1305 | |
| Fisher Automotive Systems Fisher America Inc | William Stiefel | 1084 Doris Rd | | Auburn Hills | MI | 48326-2613 | |
| Freudenberg Nok Inc | | 47690 E Anchor Ct | | Plymouth | MI | 48170 | |
| Ga Dept Of Revenue | Directors Office for Taxpayer Services Division | PO Box 105499 | | Atlanta | GA | 30348-5499 | |
| Gaston County | | PO Box 890691 | | Charlotte | NC | 28289-0691 | |
| Ge Capital | | PO Box 740434 | | Atlanta | GA | 30374 | |
| Ge Capital | | PO Box 640387 | | Pittsburgh | PA | 15264-0387 | |
| Ge Capital | | PO Box 642444 | | Pittsburgh | PA | 15264 | |
| Ge Capital | | PO Box 802585 | | Chicago | IL | 60680-2585 | |
| Ge Capital Comm Serv Astro Dye | | PO Box 60500 | | Charlotte | NC | 28260 | |
| Harford County Revenue | | 220 South Main St | | Bel Air | MD | 21014 | |
| Highwoods Forsyth Lp | co Highwoods Properties Llc | Attn Lease Administration | 2120 West End Ave Ste 100 | Nashville | TN | 37203-5223 | |
| Highwoods Forsyth Lp | co Highwoods Properties Llc | Attn Lease Administration | 3100 Smoketree Ct Ste 600 | Raleigh | NC | 27604 | |
| Hnk Michigan Properties | co Rudolph libbe Properties | 7255 Crossleigh Court Ste 108 | | Toledo | OH | 43617 | |
| Indiana Department Of Revenue | | 100 N Senate Ave | | Indianapolis | IN | 46204-2253 | |
| Indiana Dept Of Revenue | | PO Box 7218 | | Indianapolis | IN | 46207-7218 | |
| Industrial Development Board | of the City of Montgomery | PO Box 4660 | | Montgomery | AL | 36103-4660 | |
| Industrial Leasing Company | | PO Box 1803 | | Grand Rapids | MI | 49501 | |
| Industrial Truck Sales & Svc | | PO Box 1807 | | Durham | NC | 27702-1807 | |
| Inmet Division of Multimatic | Legal Dept | 35 West Milmot St | | Richmond Hill | ON | L4B 1L7 | Canada |
| Internal Revenue Service | SBSE Insolvency Unit | Box 330500 Stop 15 | | Detroit | MI | 48232 | |
| Intertex World Resources Trintex Corp | Bill Weeks | 500 Wedowee St | | Bowdon | GA | 30108-1541 | |
| Invista | | 601 S LA Salle St Ste 310 | | Chicago | IL | 60605-1725 | |
| ISP Elastomer | Tim Gorman | PO Box 4346 | | Houston | TX | 77210 | |
| Janesville Products | Laura Kelly | 2700 Patterson Ave | | Grand Rapids | MI | 49546 | |
| Keith Milligan | | 3745 C Us Hwy 80 W | | Phenix | AL | 36870 | |
| Lake Erie Products | Lilia Roman | 321 Foster Ave | | Wood Dale | IL | 60191 | |
| Lear Corp | | 21557 Telegraph Rd | | Southfield | MI | 48034 | |

In re: Collins Aikman Corp., et al.
Case No. 05-55927 (SWR)

Page 1 of 3

05-55927-swr    Doc 8824    Filed 01/30/08    Entered 01/30/08 16:53:55    Page 4 of 6

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Manpower | C Garland Waller | 30800 Northwestern Hwy | | Farmington Hills | MI | 48334 | |
| Meridian Magnesium | | 2001 Industrial Dr | | Eaton Rapids | MI | 48827 | |
| Meridian Park | | 2707 Meridian Dr | | Greenville | NC | 27834 | |
| Michigan Dept Of Treasury | Collection Bankruptcy Unit | PO Box 30168 | | Lansing | MI | 48909 | |
| Ministre Du Revenu Du Quebec | | 3800 Marly | | Ste Foy | QC | G1X 4A5 | Canada |
| Municipality Of Port Hope | | PO Box 117 | | Port Hope | ON | L1A 3V9 | Canada |
| North Loop Partners Ltd | co Beer Wells Real Estate | PO Box 3449 | | Longview | TX | 75606 | |
| Office of Finance of Los Angeles | Bankruptcy Auditor | 3700 Wilshire Ste 310 | | Los Angeles | CA | 90010 | |
| Pine River Plastics Inc | Barb Krzywiecki | 1111 Fred W Moore Hwy | | St Clair | MI | 48079-4967 | |
| PolyOne Corp | Woody Ban | 33587 Walker Rd | | Avon Lake | OH | 44012 | |
| Prestige Property Tax Special | | 1025 King St East | | Cambridge | ON | N3H 3P5 | Canada |
| Princeton Properties | | 1115 Westford St 4th Fl | | Lowell | MA | 01851 | |
| Progressive Moulded Products | Dan Thiffault | 9024 Keele St | | Concord | ON | L4K 2N2 | Canada |
| Qrs 14 Paying Agent | | Church St Station | PO Box 6529 | New York | NY | 10249 | |
| Qrs 14 Paying Agent Inc | | 50 Rockefeller Lobby 2 | | New York | NY | 10020-1605 | |
| Railroad Drive Lp | | 100 Vesper Executive Pk | | Tyngsboro | MA | 01879-2710 | |
| Receiver General For Canada | Canada Customs & Rev Agency Technology Ctr | 875 Heron Rd | | Ottawa | ON | K1A 1B1 | Canada |
| Receiver General For Canada | Industry Canada Als Financial | Postal Station D Box 2330 | | Ottawa | ON | K1P 6K1 | Canada |
| Receiver General for Canada | | 700 Leigh Capreol | | Dorval | QC | H4Y 1G7 | Canada |
| Receiver General For Canada | | 11 Station St | | Belleville | ON | K8N 2S3 | Canada |
| Revenue Canada | | Ottawa Technology Centre | 875 Heron Rd | Ottawa | ON | K1A 9Z9 | Canada |
| Revenue Canada | | 275 Pope Rd Ste 102 | | Summerside | PE | C1N 5Z7 | Canada |
| Riverfront Plastic Products Inc | George Tabry | 780 Hillsdale St | | Wyandotte | MI | 48192-7120 | |
| Ronald A Leggett | Collector Of Revenue | 410 City Hall | | St Louis | MO | 63103 | |
| Securities and Exchange Commission | Midwest Regional Office | 175 W Jackson Blvd Ste 900 | | Chicago | IL | 60604 | |
| Select Industries Corp | Christine Brown | 240 Detrick St | | Dayton | OH | 45404-1699 | |
| South Carolina Dept Of Revenue | Sales & Use Tax Division | PO Box 125 | | Columbia | SC | 292020101 | |
| Southco | Lorraine Zinar | 210 N Brinton Lake Rd | | Concordville | PA | 19331-9331 | |
| Standard Federal Bank | Holly Matthews | 2600 West Big Beaver Rd | | Troy | MI | 48084 | |
| State Of Alabama | | Department Of Revenue | 50 N Ripley St | Montgomery | AL | 36104 | |
| State Of Michigan | Dept Of Commerce & Nat Res | PO Box 30004 | | Lansing | MI | 48909 | |
| State Of Michigan | Linda King | PO Box 30457 | | Lansing | MI | 48909-7957 | |
| State Of Michigan | Matthew Rick Asst Attorney General | PO Box 30754 | | Lansing | MI | 48909 | |
| State Of Michigan | State Of Michigan Mc | Dept 77833 | | Detroit | MI | 48277-0833 | |
| State Of Michigan | State Secondary Complex | 7150 Harris Dr PO Box 30015 | | Lansing | MI | 48909 | |
| State of Michigan | | 430 W Allegan St | | Lansing | MI | 48918-0001 | |
| State of Michigan Central Functions Unit | Jennifer Nelles | Office of Child Support | PO Box 30744 | Lansing | MI | 48909-8244 | |
| Summit Property Management Inc | | 24901 Northwestern Hwy 302 | | Southfield | MI | 48075 | |
| Tate Boulevard I Llc | First Plaza | 1985 Blvd Se | PO Box 2228 | Hickory | NC | 28602 | |
| Tax Collector | County Of Fresno | PO Box 1192 | | Fresno | CA | 937151192 | |
| Tcs Realty Ltd | | 21 Albert St | | Trenton | ON | K8V 5R1 | Canada |
| Teknor Financial Corporation | Bruce B Galletly | PO Box 538308 | | Atlanta | GA | 30353 | |
| TG North America | Raymond Soucie | 1400 Stephenson Hwy | | Troy | MI | 48083 | |
| The Corporation Of The Town | Of Ingersoll | 130 Oxford St 2nd Fl | | Ingersoll | ON | N5C 2V5 | Canada |
| The Town Of Pageland | | 126 North Pearl St | PO Box 67 | Pageland | SC | 29728 | |
| Tom Heck Truck Service | | PO Box 17015 | | Urbana | IL | 61803 | |
| Town Of Farmington | | 356 Main St | | Farmington | NH | 03835 | |
| Town Of Gananoque | | 30 King St East | PO Box 100 | Gananoque | ON | K7G 2T6 | Canada |
| Town Of Lincoln Finance Office | | 100 Old River Rd | PO Box 100 | Lincoln | RI | 02865 | |
| Town Of Old Fort | | PO Box 520 | | Old Fort | NC | 28762 | |
| Town Of Pageland | | PO Box 67 | | Pageland | SC | 29728 | |
| Town Of Troy | | 315 North Main St | | Troy | NC | 27371 | |
| Tr Associates | Fsia Inc | 200 E Big Beaver | | Troy | MI | 48083 | |
| Treasurer City Of Detroit | | PO Box 33525 | | Detroit | MI | 48232 | |
| Treasurer Of State | Joseph T Deters | PO Box 16561 | | Columbus | OH | 43266-0061 | |
| Unifi Inc | | 7201 W Friendly Ave | | Greensboro | NC | 27410-6237 | |
| Uniform Color Co | Randy Lueth | 942 Brooks Ave | | Holland | MI | 49423 | |
| Unique Fabricating Inc | Tom Tekieke | 800 Standard Pkwy | | Auburn Hills | MI | 48326-1415 | |
| United States Attorney for the Eastern District of Michigan | Attn Civil Division | 211 W Fort St Ste 2001 | | Detroit | MI | 48226 | |
| Valeo Inc | Jerry Dittrich | 3000 University Dr | | Auburn Hills | MI | 48326-2356 | |
| Valiant Tool & Mold Inc | General Fax | 6775 Hawthorne Dr | | Windsor | ON | N8T 3B8 | Canada |
| Vari Form Inc | Terry Nardone | 12341 E 9 Mile Rd | | Warren | MI | 48089 | |
| Vericorr Packaging fka CorrFlex Packaging | Adriana Avila | 251 Industrial Dr | | Evart | MI | 49631-8517 | |
| Vespera Lowell Llc | Blue Point Capital Bpv Lowell LLC | 10 Livingston Pl 2nd Fl | | Greenwichn | CT | 06830 | |

In re: Collins Aikman Corp., et al.
Case No. 05-55927 (SWR)
Page 2 of 3

05-55927-swr    Doc 8824    Filed 01/30/08    Entered 01/30/08 16:53:55    Page 5 of 6

**Core Group**
US Mail

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Village Of Holmesville | | 205 Millersburg Rd | PO Box 113 | Holmesville | OH | 44633 | |
| Village Of Rantoul | | 333 S Tanner | | Rantoul | IL | 61866 | |
| Visteon Climate Control | | One Village Center Dr | Ste PO RFQ Office | Van Buren Township | MI | 48111 | |
| W9 Lws Real Estate Limited | co Lincoln Harris Llc | 10101 Claude Freeman Dr Ste 200 N | | Charlotte | NC | 28262-2337 | |
| Wellington Green LLC | | 31100 Telegraph Rd Ste 200 | | Bingham Farms | MI | 48025 | |

In re: Collins Aikman Corp., et al.
Case No. 05-55927 (SWR)

Page 3 of 3

05-55927-swr   Doc 8824   Filed 01/30/08   Entered 01/30/08 16:53:55   Page 6 of 6