# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COLLINS & AIKMAN CORPORATION, et al.[1] | ) Case No. 05-55927 (SWR) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) (Tax Identification #13-3489233) |
| | ) |
| | ) Honorable Steven W. Rhodes |
| | ) |

## STIPULATION AMENDING ADMINISTRATIVE CLAIM NUMBER 8780

This Stipulation, by and between the above-captioned Debtors (collectively, the "Debtors") and TR Associates LLC (the "Claimant") (the Debtors and Claimant shall be collectively referred to as the "Parties"), amends Administrative Claim Number 8780.

WHEREAS, on May 17, 2005 (the "Petition Date"), the Debtors filed petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of Michigan (the "Bankruptcy Court");

---

[1] The Debtors in the jointly administered cases include: Collins & Aikman Corporation; Amco Convertible Fabrics, Inc., Case No. 05-55949; Becker Group, LLC (d/b/a/ Collins & Aikman Premier Mold), Case No. 05-55977; Brut Plastics, Inc., Case No. 05-55957; Collins & Aikman (Gibraltar) Limited, Case No. 05-55989; Collins & Aikman Accessory Mats, Inc. (f/k/a the Akro Corporation), Case No. 05-55952; Collins & Aikman Asset Services, Inc., Case No. 05-55959; Collins & Aikman Automotive (Argentina), Inc. (f/k/a Textron Automotive (Argentina), Inc.), Case No. 05-55965; Collins & Aikman Automotive (Asia), Inc. (f/k/a Textron Automotive (Asia), Inc.), Case No. 05-55991; Collins & Aikman Automotive Exteriors, Inc. (f/k/a Textron Automotive Exteriors, Inc.), Case No. 05-55958; Collins & Aikman Automotive Interiors, Inc. (f/k/a Textron Automotive Interiors, Inc.), Case No. 05-55956; Collins & Aikman Automotive International, Inc., Case No. 05-55980; Collins & Aikman Automotive International Services, Inc. (f/k/a Textron Automotive International Services, Inc.), Case No. 05-55985; Collins & Aikman Automotive Mats, LLC, Case No. 05-55969; Collins & Aikman Automotive Overseas Investment, Inc. (f/k/a Textron Automotive Overseas Investment, Inc.), Case No. 05-55978; Collins & Aikman Automotive Services, LLC, Case No. 05-55981; Collins & Aikman Canada Domestic Holding Company, Case No. 05-55930; Collins & Aikman Carpet & Acoustics (MI), Inc., Case No. 05-55982; Collins & Aikman Carpet & Acoustics (TN), Inc., Case No. 05-55984; Collins & Aikman Development Company, Case No. 05-55943; Collins & Aikman Europe, Inc., Case No. 05-55971; Collins & Aikman Fabrics, Inc. (d/b/a Joan Automotive Industries, Inc.), Case No. 05-55963; Collins & Aikman Intellimold, Inc. (d/b/a M&C Advanced Processes, Inc.), Case No. 05-55976; Collins & Aikman Interiors, Inc., Case No. 05-55970; Collins & Aikman International Corporation, Case No. 05-55951; Collins & Aikman Plastics, Inc., Case No. 05-55960; Collins & Aikman Products Co., Case No. 05-55932; Collins & Aikman Properties, Inc., Case No. 05-55964; Comet Acoustics, Inc., Case No. 05-55972; CW Management Corporation, Case No. 05-55979; Dura Convertible Systems, Inc., Case No. 05-55942; Gamble Development Company, Case No. 05-55974; JPS Automotive, Inc. (d/b/a PACJ, Inc.), Case No. 05-55935; New Baltimore Holdings, LLC, Case No. 05-55992; Owosso Thermal Forming, LLC, Case No. 05-55946; Southwest Laminates, Inc. (d/b/a Southwest Fabric Laminators Inc.), Case No. 05-55948; Wickes Asset Management, Inc., Case No. 05-55962; and Wickes Manufacturing Company, Case No. 05-55968.

1

WHEREAS, on November 12, 2007 (date), Claimant filed its Motion for Allowance and Payment of Administrative Expense Claim ("Motion") [Docket #8488] in the amount of $54,550 plus any additional amounts owing after Debtors vacated the premises leased to Debtor Dura Convertible Systems, Inc. by Claimant. Debtors assigned the Motion number 8780. The relief requested in the Motion is referred to as the "Claim."

WHEREAS, in an effort to avoid the risks and expenses of litigation, the Parties have entered into negotiations to resolve the Claim. In connection with such negotiations, the Parties have reviewed materials relevant to the Claim, including any support filed with or related to the Claim, including any support filed with or related to the Claim and the Debtors' books and records as they relate to such claim.

NOW, THEREFORE, in consideration of the mutual promises contained herein, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, IT IS STIPULATED AND AGREED THAT:

1. The Claim is amended to $16,000 and allowed in that amount as an administrative expense claim against Debtors.

2. Payment on the Claim as amended by this Stipulation will be made pursuant to the terms of the Article III.A.1.(a) of First Amended Joint Plan of Collins & Aikman Corporation and Its Debtor Subsidiaries, dated July 9, 2007, as approved by the Order Confirming the First Amended Joint Plan of Collins & Aikman Corporation and Its Debtor Subsidiaries, entered on July 18, 2007. That is, payment shall be made by Debtors within 30 days after the execution of this Stipulation.

3. The Debtors' notice and claims agent, Kurtzman Carson Consultants, LLC, is authorized to take all actions necessary to amend the Claim to reflect the amount set forth in paragraph 1, above.

2

4. By agreeing to enter into this Stipulation, the Parties shall not be deemed to have waived any right or remedy afforded to them under the Bankruptcy Code or otherwise, except as provided in this Stipulation.

5. This Stipulation may not be modified, altered or amended or vacated without the written consent of all parties hereto. Any such modification, alteration, amendment or vacation, in whole or in part, shall be subject to the approval of the Bankruptcy Court. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation.

6. A proposed order, consistent with the terms of this Stipulation, shall be submitted to the Bankruptcy Court immediately following the filing of this Stipulation.

SO STIPULATED,
APPROVED AS TO FORM AND CONTENT:

| BOYLE BURDETT | BODMAN LLP |
|---|---|
| By:s/H. William Burdett, Jr. | By:s/Ralph E. McDowell |
|    Eugene H. Boyle, Jr. |    Ralph E McDowell |
|    H. William Burdett, Jr. | 6th Floor at Ford Field |
| 14950 East Jefferson, Suite 200 | 1901 St. Antoine Street |
| Grosse Pointe Park, Michigan 48230 | Detroit, Michigan 48226 |
| (313) 344-4000 | (313) 259-7777 |
| (313) 344-4000 (facsimile) | (313) 393-7579 (facsimile) |
| burdett@boyleburdett.com | rmcdowell@bodmanllp.com |
| *Counsel for Debtors* | *Counsel for TR Associates LLC* |

Dated: January 24, 2008