# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COLLINS & AIKMAN CORPORATION, et al.[1] | ) Case No. 05-55927 (SWR) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) (Tax Identification #13-3489233) |
| | ) |
| | ) Honorable Steven W. Rhodes |
| | ) |

## STIPULATION BETWEEN THE COLLINS & AIKMAN POST-CONSUMMATION TRUST, CAROLINA CONTAINER CO., AND FISCHER AMERICA, INC.

This Stipulation is entered into by the Collins & Aikman Post-Consummation Trust (the "Trust"), as successor to the above-captioned Debtors (collectively, the "Debtors") pursuant to the First Amended Joint Plan of Reorganization of Collins & Aikman Corporation and its Debtor Subsidiaries as confirmed by order of the Bankruptcy Court, Carolina Container Co. ("Carolina Container"), and Fischer America, Inc. ("Fischer") (collectively, the Trust, Carolina Container, and Fischer shall be referred to as the "Parties"), by their undersigned counsel:

---

[1] The Debtors in the jointly administered cases include: Collins & Aikman Corporation; Amco Convertible Fabrics, Inc., Case No. 05-55949; Becker Group, LLC (d/b/a/ Collins & Aikman Premier Mold), Case No. 05-55977; Brut Plastics, Inc., Case No. 05-55957; Collins & Aikman (Gibraltar) Limited, Case No. 05-55989; Collins & Aikman Accessory Mats, Inc. (f/k/a the Akro Corporation), Case No. 05-55952; Collins & Aikman Asset Services, Inc., Case No. 05-55959; Collins & Aikman Automotive (Argentina), Inc. (f/k/a Textron Automotive (Argentina), Inc.), Case No. 05-55965; Collins & Aikman Automotive (Asia), Inc. (f/k/a Textron Automotive (Asia), Inc.), Case No. 05-55991; Collins & Aikman Automotive Exteriors, Inc. (f/k/a Textron Automotive Exteriors, Inc.), Case No. 05-55958; Collins & Aikman Automotive Interiors, Inc. (f/k/a Textron Automotive Interiors, Inc.), Case No. 05-55956; Collins & Aikman Automotive International, Inc., Case No. 05-55980; Collins & Aikman Automotive International Services, Inc. (f/k/a Textron Automotive International Services, Inc.), Case No. 05-55985; Collins & Aikman Automotive Mats, LLC, Case No. 05-55969; Collins & Aikman Automotive Overseas Investment, Inc. (f/k/a Textron Automotive Overseas Investment, Inc.), Case No. 05-55978; Collins & Aikman Automotive Services, LLC, Case No. 05-55981; Collins & Aikman Canada Domestic Holding Company, Case No. 05-55930; Collins & Aikman Carpet & Acoustics (MI), Inc., Case No. 05-55982; Collins & Aikman Carpet & Acoustics (TN), Inc., Case No. 05-55984; Collins & Aikman Development Company, Case No. 05-55943; Collins & Aikman Europe, Inc., Case No. 05-55971; Collins & Aikman Fabrics, Inc. (d/b/a Joan Automotive Industries, Inc.), Case No. 05-55963; Collins & Aikman Intellimold, Inc. (d/b/a M&C Advanced Processes, Inc.), Case No. 05-55976; Collins & Aikman Interiors, Inc., Case No. 05-55970; Collins & Aikman International Corporation, Case No. 05-55951; Collins & Aikman Plastics, Inc., Case No. 05-55960; Collins & Aikman Products Co., Case No. 05-55932; Collins & Aikman Properties, Inc., Case No. 05-55964; Comet Acoustics, Inc., Case No. 05-55972; CW Management Corporation, Case No. 05-55979; Dura Convertible Systems, Inc., Case No. 05-55942; Gamble Development Company, Case No. 05-55974; JPS Automotive, Inc. (d/b/a PACJ, Inc.), Case No. 05-55935; New Baltimore Holdings, LLC, Case No. 05-55992; Owosso Thermal Forming, LLC, Case No. 05-55946; Southwest Laminates, Inc. (d/b/a Southwest Fabric Laminators Inc.), Case No. 05-55948; Wickes Asset Management, Inc., Case No. 05-55962; and Wickes Manufacturing Company, Case No. 05-55968.

1

IT IS STIPULATED AND AGREED THAT:

1. Carolina Container's Claim 8822 is disallowed for all purposes;

2. Carolina Container's Claim 8811 shall remain unaffected by this Stipulation;

3. Fischer's Claim 8821 is disallowed for all purposes;

4. Fischer's Claim 8779 shall remain unaffected by this Stipulation;

5. This Stipulation is without prejudice to the Trust's right to otherwise object to Claims 8811 and 8779;

6. The Parties agree that Debtors, the Trust and Kurtzman Carson Consultants, LLC are authorized to take all actions necessary to effectuate the relief agreed upon by this Stipulation;

7. The Trust's First Omnibus Objection (Duplicate Claims) is withdrawn with respect to Carolina Container and Fischer;

8. This Stipulation may not be modified, altered or amended or vacated without the written consent of all parties hereto. Any such modification, alteration, amendment or vacation, in whole or in part, shall be subject to the approval of the Bankruptcy Court. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation; and

9. A proposed order, consistent with the terms of this Stipulation, shall be submitted to the Bankruptcy Court immediately following the filing of this Stipulation.

SO STIPULATED, APPROVED AS TO FORM AND CONTENT:

BOYLE BURDETT                                                      MILLER, CANFIELD, PADDOCK & STONE

By:s/H. William Burdett, Jr.                                       By:s/Donald J. Hutchinson
   H. William Burdett, Jr.                             Donald J. Hutchinson
14950 East Jefferson, Suite 200                                    150 West Jefferson, Suite 2500
Grosse Pointe Park, Michigan 48230                                 Detroit, Michigan 48226
(313) 344-4000                                                     (313) 963-6420
(313) 344-4001 (facsimile)                                         (313) 496-8451 (facsimile)
burdett@boyleburdett.com                                           hutchinson@millercanfield.com

*Attorney for the Collins & Aikman*                                *Attorney for Carolina Container Co. and*
*Post Consummation Trust*                                          *Fischer America, Inc.*

Dated: January 31, 2008