# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COLLINS & AIKMAN CORPORATION, et al.[1] | ) Case No. 05-55927 (SWR) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) (Tax Identification #13-3489233) |
| | ) |
| | ) Honorable Steven W. Rhodes |

## STIPULATION BETWEEN COLLINS & AIKMAN POST-CONSUMMATION TRUST AND RELATIONAL LLC EXTENDING THE DEADLINE TO OBJECT TO CERTAIN CLAIMS

This Stipulation is made as of June 9, 2008, by and between the Collins & Aikman Post-Consummation Trust (the "Trust"), on behalf of the above-captioned debtors (collectively, the "Debtors"), and Relational LLC ("Relational"), extending the deadline to object to certain claims filed by Relational.

WHEREAS, on May 17, 2005 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1330 (the

---

[1] The Debtors in the jointly administered cases include: Collins & Aikman Corporation; Amco Convertible Fabrics, Inc., Case No. 05-55949; Becker Group, LLC (d/b/a/ Collins & Aikman Premier Mold), Case No. 05-55977; Brut Plastics, Inc., Case No. 05-55957; Collins & Aikman (Gibraltar) Limited, Case No. 05-55989; Collins & Aikman Accessory Mats, Inc. (f/k/a the Akro Corporation), Case No. 05-55952; Collins & Aikman Asset Services, Inc., Case No. 05-55959; Collins & Aikman Automotive (Argentina), Inc. (f/k/a Textron Automotive (Argentina), Inc.), Case No. 05-55965; Collins & Aikman Automotive (Asia), Inc. (f/k/a Textron Automotive (Asia), Inc.), Case No. 05-55991; Collins & Aikman Automotive Exteriors, Inc. (f/k/a Textron Automotive Exteriors, Inc.), Case No. 05-55958; Collins & Aikman Automotive Interiors, Inc. (f/k/a Textron Automotive Interiors, Inc.), Case No. 05-55956; Collins & Aikman Automotive International, Inc., Case No. 05-55980; Collins & Aikman Automotive International Services, Inc. (f/k/a Textron Automotive International Services, Inc.), Case No. 05-55985; Collins & Aikman Automotive Mats, LLC, Case No. 05-55969; Collins & Aikman Automotive Overseas Investment, Inc. (f/k/a Textron Automotive Overseas Investment, Inc.), Case No. 05-55978; Collins & Aikman Automotive Services, LLC, Case No. 05-55981; Collins & Aikman Canada Domestic Holding Company, Case No. 05-55930; Collins & Aikman Carpet & Acoustics (MI), Inc., Case No. 05-55982; Collins & Aikman Carpet & Acoustics (TN), Inc., Case No. 05-55984; Collins & Aikman Development Company, Case No. 05-55943; Collins & Aikman Europe, Inc., Case No. 05-55971; Collins & Aikman Fabrics, Inc. (d/b/a Joan Automotive Industries, Inc.), Case No. 05-55963; Collins & Aikman Intellimold, Inc. (d/b/a M&C Advanced Processes, Inc.), Case No. 05-55976; Collins & Aikman Interiors, Inc., Case No. 05-55970; Collins & Aikman International Corporation, Case No. 05-55951; Collins & Aikman Plastics, Inc., Case No. 05-55960; Collins & Aikman Products Co., Case No. 05-55932; Collins & Aikman Properties, Inc., Case No. 05-55964; Comet Acoustics, Inc., Case No. 05-55972; CW Management Corporation, Case No. 05-55979; Dura Convertible Systems, Inc., Case No. 05-55942; Gamble Development Company, Case No. 05-55974; JPS Automotive, Inc. (d/b/a PACJ, Inc.), Case No. 05-55935; New Baltimore Holdings, LLC, Case No. 05-55992; Owosso Thermal Forming, LLC, Case No. 05-55946; Southwest Laminates, Inc. (d/b/a Southwest Fabric Laminators Inc.), Case No. 05-55948; Wickes Asset Management, Inc., Case No. 05-55962; and Wickes Manufacturing Company, Case No. 05-55968.

"Bankruptcy Code"), in the United States Bankruptcy Court for the Eastern District of Michigan (the "Bankruptcy Court").

WHEREAS, on July 18, 2007, the Bankruptcy Court entered an order [Docket No. 7827] (the "Confirmation Order") confirming the First Amended Joint Plan of Collins & Aikman Corporation and Its Debtor Subsidiaries (the "Plan"). The effective date of the Plan was October 12, 2007 (the "Effective Date").

WHEREAS, pursuant to the Plan, the deadline for the Trust to object to claims was April 9, 2008 (the "Claims Objection Bar Date").

WHEREAS, pursuant to the Confirmation Order, the Debtors and the Post-Consummation Trust reserve the right to extend the Claims Objection Bar Date.

WHEREAS, on November 8, 2007, Relational filed two claims. Claim 8768 filed by relational asserts a claim in the amount of $3,421,969 USD and $389,826.83 CAD. Claim 8769 was filed purporting to reserve the rights of Relational, but did not assert a specific dollar amount owing to Relational. Claims 8768 and 8769 shall be referred to throughout this Stipulation as the "Claims."

WHEREAS, due to ongoing negotiations, the Parties have previously stipulated to extend the Claims Objection Bar Date for the Trust to object to or otherwise contest the Claims. These stipulations have been approved by the Bankruptcy Court through its orders.

WHEREAS, the Trust and Relational have agreed to extend the Claims Objection Bar Date with respect to the Claims until Friday, July 11, 2008.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Post-Consummation Trust and Relational as follows:

1. The Claims Objection Bar Date is extended to and including July 11, 2008, with respect to the Trust filing any objections to the Claims.

2. The parties hereto agree that the Trust and Kurtzman Carson Consultants LLC are authorized to take all actions necessary to effectuate the relief agreed upon by this Stipulation.

3. The Bankruptcy Court shall retain jurisdiction (and the Trust and Relational consent to such retention of jurisdiction) to resolve any disputes or controversies arising from or related to this Stipulation.

4. This Stipulation may be executed in multiple counterparts, any of which may be transmitted by facsimile, and each of which shall be deemed an original, but all of which together shall constitute one instrument.

5. This Stipulation constitutes the entire agreement between the parties with respect to the subject matter hereof, and no prior or contemporaneous agreement may be used to alter the terms of the Stipulation.

6. The signatories to this Stipulation represent that they have been duly authorized by their respective client to execute this Stipulation.

SO STIPULATED,
APPROVED AS TO FORM AND CONTENT:

BOYLE BURDETT

By:s/H. William Burdett, Jr.
    Eugene H. Boyle, Jr. (P42023)
    H. William Burdett, Jr. (P63185)
14950 East Jefferson, Suite 200
Grosse Pointe Park, Michigan 48230
(313) 344-4000
(313) 344-4001 (facsimile)
burdett@boyleburdett.com
*Attorneys for the Collins & Aikman*
*Post-Consummation Trust*

JENNER & BLOCK LLP

By:s/Elizabeth Abbene Coleman
    Elizabeth Abbene Coleman
330 North Wabash Avenue
Chicago, Illinois 60611-7603
(312) 923-2659
(312) 840-7659 (facsimile)
ecoleman@jenner.com
*Attorneys for Relational LLC*